### Re: Fw: 14-30516 - USA v. Len Davis - 2:12-CV-752 & 2:94-CR-381-1

**LAEDdb_Appeals**   to: Connie Brown                                     07/07/2014 10:59 AM
Sent by:  **Alicia Phelps**

| | |
|---|---|
| From: | LAEDdb_Appeals/LAED/05/USCOURTS |
| To: | Connie Brown/CA05/05/USCOURTS@USCOURTS |
| Sent by: | Alicia Phelps/LAED/05/USCOURTS |
| History: | This message has been replied to. |

until Friday.
Thanks

| Connie Brown | When do you project this to be completed? THA... | 07/07/2014 10:55:02 AM |
|---|---|---|

| | |
|---|---|
| From: | Connie Brown/CA05/05/USCOURTS |
| To: | LAEDdb_Appeals/LAED/05/USCOURTS@USCOURTS |
| Cc: | Alicia Phelps/LAED/05/USCOURTS@USCOURTS, Julie Harrison/LAED/05/USCOURTS@USCOURTS |
| Date: | 07/07/2014 10:55 AM |
| Subject: | Re: Fw: 14-30516 - USA v. Len Davis - 2:12-CV-752 & 2:94-CR-381-1 |

When do you project this to be completed?

THANKS!
Connie Caluda Brown
Case Manager
Louisiana/Mississippi/Agency Divisions of the
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130
connie_brown@ca5.uscourts.gov
504-310-7671
(Monday - Friday 7:30 a.m. to 4:00 p.m.)

| LAEDdb_Appeals | Because labeling all transcripts in this record will... | 07/07/2014 10:54:21 AM |
|---|---|---|

| | |
|---|---|
| From: | LAEDdb_Appeals/LAED/05/USCOURTS |
| To: | Connie Brown/CA05/05/USCOURTS@USCOURTS |
| Cc: | Julie Harrison/LAED/05/USCOURTS@USCOURTS |
| Date: | 07/07/2014 10:54 AM |
| Subject: | Re: Fw: 14-30516 - USA v. Len Davis - 2:12-CV-752 & 2:94-CR-381-1 |
| Sent by: | Alicia Phelps |

Because labeling all transcripts in this record will be time consuming, I will need an extension.

| Connie Brown | Please see the request below.  We have not yet r... | 07/07/2014 08:17:26 AM |
|---|---|---|

| | |
|---|---|
| From: | Connie Brown/CA05/05/USCOURTS |
| To: | appeals@laed.uscourts.gov |
| Date: | 07/07/2014 08:17 AM |
| Subject: | Fw: 14-30516 - USA v. Len Davis - 2:12-CV-752 & 2:94-CR-381-1 |

Please see the request below.  We have not yet received the Electronic Record.

THANKS!
Connie Caluda Brown
Case Manager
Louisiana/Mississippi/Agency Divisions of the
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130
connie_brown@ca5.uscourts.gov
504-310-7671
(Monday - Friday 7:30 a.m. to 4:00 p.m.)

----- Forwarded by Connie Brown/CA05/05/USCOURTS on 07/07/2014 08:17 AM -----

From:    Connie Brown/CA05/05/USCOURTS

To:    appeals@laed.uscourts.gov

Date:    06/18/2014 08:48 AM

Subject:    14-30516 - USA v. Len Davis - 2:12-CV-752 & 2:94-CR-381-1

Please forward the Electronic Record to us in the above case.

We have set a deadline of 7/3/14 for it to be received here.

THANKS!

Connie Caluda Brown
Case Manager
Louisiana/Mississippi/Agency Divisions of the
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130
connie_brown@ca5.uscourts.gov
504-310-7671
(Monday - Friday 7:30 a.m. to 4:00 p.m.)