# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 10, 2014

Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Michael Edward McMahon
U.S. Attorney's Office
Eastern District of Louisiana
650 Poydras Street
Suite 1600
New Orleans, LA 70130

    No. 14-30516   USA v. Len Davis
                USDC No. 2:12-CV-752

Dear Mr. Boitmann, Ms. Copes, Mr. McMahon,

We filed appellant's brief on July 24, 2014.  Appellee's brief is due within 30 days of the date of this notice, see FED R. APP. P. 31(a)(1).  5TH CIR. R. 31 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

**New Guidance Regarding Citations in Pleadings.**

The court has approved an amendment to 5TH CIR. R. 28.2.2 granting the Clerk the authority to create a standard format for citation to the electronic record on appeal.  You must use the new citation format when citing to the electronic record on appeal.

   A.  In single record cases, use the short citation form, "ROA" followed by a period, followed by the page number.  For example, "ROA.123."

   B.  For multiple record cases, cite "ROA" followed by a period, followed by the Fifth Circuit appellate case number of the record referenced, followed by a period, followed by the page of the record.  For example, "ROA.13-12345.123."

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number.  If you wish to receive exhibits, you must specifically request them.  The district court will charge your account for shipping you the record on appeal.  In the alternative,

you may contact a local courier or attorney support services firm to pick up the record and ship it to you.  CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 10 days of receipt for any missing or incomplete items.  If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your brief because you did not timely check the record.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Sabrina M. Hains, Deputy Clerk
504-310-7632

Enclosure(s)

cc w/encl:
Mr. Len Davis

Case No. 14-30516

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

LEN DAVIS,

                    Defendant - Appellant