## *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 12, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30516,   Consolodated with 14-30552
               In re: Len Davis
               USDC No. 2:12-CV-752
               USDC No. 2:94-CR-381-1

Enclosed is an order entered in this case.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Dantrell L. Johnson, Deputy Clerk
                 504-310-7689

Mr. William W. Blevins
Mr. Kevin G. Boitmann
Ms. Diane Hollenshead Copes
Mr. Len Davis
Mr. Michael Edward McMahon

P.S. to All Parties: Attached is the updated case caption that must be used on all future filings in this case.

P.S. to Appellee's Counsel: The issues raised in the mandamus petition must be addressed in the appellee's brief that is currently due on October 14, 2014.

Case Caption

14-30516

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

LEN DAVIS,

    Defendant - Appellant

-------------------------------------------

Consolidated with 14-30552

In re:  LEN DAVIS,

    Petitioner