# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 14-30516

_____

D.C. Docket No. 2:12-CV-752

United States Court of Appeals
Fifth Circuit

**FILED**

October 28, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

LEN DAVIS,

      Defendant - Appellant

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before BENAVIDES, DENNIS, and COSTA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is vacated, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

**Certified as a true copy and issued
as the mandate on Dec 22, 2015**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**